MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District OF RHODE ISLAND |
|---|---|
| Name (under which you were convicted): STEVEN J. SOUVE | Docket or Case No.: 01-107-L |
| Place of Confinement: FCI, Fort Dix, New Jersey | Prisoner No.: 05069-070 |
| UNITED STATES OF AMERICA v | Movant (include name under which you were convicted) STEVEN J. SOUVE |

MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: United States District Court for the District of Rhode Island

(b) Criminal docket or case number (if you know): 01-107-L

2. (a) Date of the judgment of conviction (if you know): December 13, 2002

(b) Date of sentencing: March 4, 2003

3. Length of sentence: 151 Months Imprisonment

4. Nature of crime (all counts): Conspiracy to manufacture 1,000 marijuana plants and possess with intent to distribute a Schedule I narcotic in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vii), and 846.

5. (a) What was your plea? (Check one)

(1) Not guilty ☒ (2) Guilty ☐ (3) Nolo contendere (no contest) ☐

(b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? N/A

6. If you went to trial, what kind of trial did you have? (Check one) Jury ☒ Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? Yes ☐ No ☒
8. Did you appeal from the judgment of conviction? Yes ☒ No ☐
9. If you did appeal, answer the following:
   (a) Name of court: U.S. Court of Appeals for the First Circuit
   (b) Docket or case number (if you know): 03-1343
   (c) Result: Affirmed
   (d) Date of result (if you know): April 15, 2004
   (e) Citation to the case (if you know): None
   (f) Grounds raised: Whether the motion to exclude evidence of other marijuana plants was improperly denied; Whether the court properly admitted the government's exhibits 64 and 81; Whether the court properly prohibited the appellants counsel attempt to refresh the memory of Agent Kleber; Whether the court properly overruled objections; (a total of 13 issues raised).
   (g) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☒
   If "Yes," answer the following:
   (1) Docket or case number (if you know): ______
   (2) Result: ______
   (3) Date of result (if you know): ______
   (4) Citation to the case (if you know): ______
   (5) Grounds raised: ______

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
   Yes ☐ No ☒
11. If your answer to Question 10 was "Yes," give the following information:
   (a) (1) Name of court: ______
   (2) Docket or case number (if you know): ______
   (3) Date of filing (if you know): ______

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: ______

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The Petitioner is unable to articulate this claim because defense counsel has refused to provide the record. A motion to equitably toll the statute of limitations and motion for for production of documents at government expense will immediately be filed after the filing of this motion.

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Constitutional error for § 2255 proceeding

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑ No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑ No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

GROUND TWO: Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Same as Ground One (a)

(b) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Constitutional error for § 2255 proceeding

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

GROUND THREE: Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Same as Ground One(a)

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: ______

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑ No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑ No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

GROUND FOUR: Denial of Effective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Same as Ground One (a)

____________________________________________________________

____________________________________________________________

(b) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: ________________

____________________________________________________________

____________________________________________________________

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ________________________________________

Name and location of the court where the motion or petition was filed: ________________

____________________________________________________________

Docket or case number (if you know): ____________________________________

Date of the court's decision: ________________________________________

Result (attach a copy of the court's opinion or order, if available): ________________

____________________________________________________________

____________________________________________________________

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ________________________

____________________________________________________________

____________________________________________________________

Docket or case number (if you know): ____________________________________

Date of the court's decision: ________________________________________

Result (attach a copy of the court's opinion or order, if available): ________________

____________________________________________________________

____________________________________________________________

Ground Five: Denial of Effective Assistance of Counsel on Appeal

Supporting Facts: Same as Ground One(a)

Ground Six: Denied Fifth Amendment Grand Jury Right to Have All Facts Legally Essential to the Punishment to Be Charged In The Indictment

Supporting Facts: Same as Ground One(a)

Ground Seven: Denied Sixth Amendment Right to Have The Jury Determine Beyond A Reasonable Doubt All Facts Legally Essential To The Punishment To Be Inflicted

Supporting Facts: Same as Ground One(a)

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: Constitutional error for § 2255 proceeding

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: None

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging? Yes ☐ No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: John F. cicilline

(b) At arraignment and plea: Same as above

(c) At trial: Same as above

(d) At sentencing: Same as above

(e) On appeal: Same as above

(f) In any post-conviction proceeding: Pro Se

(g) On appeal from any ruling against you in a post-conviction proceeding:
N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ______

(b) Give the date the other sentence was imposed: ______

(c) Give the length of the other sentence. ______

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes ☐ No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* Timely filed within the one year statute of limitations.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;
(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: vacate the conviction and sentence.

or any other relief to which movant may be entitled.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on July 12, 2005 (month, date, year).

Executed (signed) on July 12, 2005 (date).

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. __________

IN FORMA PAUPERIS DECLARATION

__________

[Insert appropriate court]

* * * * *