Steven Souve, Pro Se
Register No. 05069-070
Federal Correctional Institution
P.O. Box 2000
Fort Dix, NJ 08640

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

**(HONORABLE RONALD R. LAGUEUX)**

| | |
|---|---|
| STEVEN J. SOUVE, (2)<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 01-107-L<br><br>**MOTION FOR PRODUCTION OF DOCUMENTS AT GOVERNMENT'S EXPENSE** |

COMES NOW, Steven J. Souve, Petitioner, Pro-Se, and respectfully moves this Honorable Court for an order to produce documents at government expense. A declaration in support of this motion is filed herewith and fully incorporated hereto.

Respectfully Submitted,

Dated: July 19, 2005

STEVEN J. SOUVE, Pro-Se

DECLARATION OF STEVEN J. SOUVE

I, Steven J. Souve, under the penalty of perjury, declare as follows:

1. I am the Petitioner in this case and am fully competent to testify hereto.

2. On December 13, 2002, I was convicted by a jury for allegedly violating 21 U.S.C. §§§ 841(a)(1), 841(b)(1)(A) and 846, conspiracy to manufacture more than 1,000 marijuana plants and to possess with intent to distribute a schedule I controlled substance.

3. On March 4, 2003, I was sentenced by this Court to 151 months imprisonment and 3 years of supervised release.

4. On March 15, 2004, the United States Court of Appeals for the First Circuit affirmed the judgment of this Court.

5. On April 15, 2004, the Court of Appeals denied petition for rehearing en banc. No petition for writ of certiorari was filed to the United States Supreme Court.

6. On March 28, 2005, I sent a letter to my attorney, John F. Cicilline, requesting production of my court records so that I could adequately prepare a motion pursuant to 28 U.S.C. § 2255. Mr. Cicilline did not comply with my request and never produced any of my transcripts or records.

7. On July 12, 2005, I filed my motion pursuant to 28 U.S.C. § 2255 in this Court. In the motion, I was unable to articulate my claims due to not having a copy of any of my transcripts or records.

8. I cannot adequately prepare my arguments for this Court in the § 2255 without a copy of the transcripts or records.

9. I cannot recall all the potential errors that occurred in this case after a nine-day jury trial.

10. I will need a copy of the following record in order to adequately present my § 2255 motion:

(a) Indictment

(b) Presentence Investigation Report

(c) Trial Transcripts

(d) Sentencing Transcripts

(e) District Court's docket sheet

11. I may need the opportunity to resubmit this motion after review of the docket sheet, if I find any pretrial motion issues that I believe this Honorable Court should review in the § 2255.

I so declare this 19th day of July 2005.

Respectfully Submitted,

STEVEN J. SOUVE, Pro-Se
Register No. 05069-070
Federal Correctional Inst.
P.O. Box 2000
Fort Dix, NJ 08640

CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury that a true and correct copy of the foregoing was mailed to the below named individual:

Donald C. Lockhart
Gerard B. Sullivan
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Dated: July 19, 2005

STEVEN J. SOUVE, Pro-Se