Steven Souve, Pro-Se
Register No. 05069-070
Federal Correctional Institution
P.O. Box 2000
Fort Dix, NJ 08640

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

**(HONORABLE RONALD R. LAGUEUX)**

| | |
|---|---|
| STEVEN J. SOUVE, (2)<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 01-107-L<br><br>**MOTION TO PROCEED IN FORMA PAUPERIS AND INCORPORATED SUPPORTING DECLARATION** |

COMES NOW, Steven J. Souve, Petitioner, Pro-Se, and respectfully moves this Honorable Court for an order granting leave to proceed in forma pauperis in 28 U.S.C. § 2255 post-conviction proceedings. A declaration in support of this motion is filed herewith and fully incorporated hereto.

Respectfully Submitted,

Dated: July 19, 2005

STEVEN J. SOUVE, Pro-Se

# United States District Court

RHODE DISTRICT OF ISLAND

STEVEN J. SOUVE,
Plaintiff

V.

UNITED STATES OF AMERICA,
Defendant

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 01-107-L

I, STEVEN J. SOUVE, Petitioner, Pro-Se, declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? [X] Yes ☐ No (If "No" go to Part 2)

   If "Yes" state the place of your incarceration FCI, Fort Dix, New Jersey

   Are you employed at the institution? Yes Do you receive any payment from the institution? Yes

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? [X] Yes ☐ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   Employed in prison

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes [X] No
   b. Rent payments, interest or dividends ☐ Yes [X] No
   c. Pensions, annuities or life insurance payments ☐ Yes [X] No
   d. Disability or workers compensation payments ☐ Yes [X] No
   e. Gifts or inheritances ☐ Yes [X] No
   f. Any other sources [X] Yes ☐ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

   Family sends money occassionally for hygiene products.