Steven Souve, Pro Se
Register No. 05069-070
Federal Correctional Institution
P.O. Box 2000
Fort Dix, NJ 08640

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

**(HONORABLE RONALD R. LAGUEUX)**

05-316L

| | |
|---|---|
| STEVEN J. SOUVE, (2) | ) Case No. 01-107-L |
| Petitioner, | ) |
| v. | ) **MOTION FOR PRODUCTION OF DOCUMENTS AT GOVERNMENT'S EXPENSE** |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

COMES NOW, Steven J. Souve, Petitioner, Pro-Se, and respectfully moves this Honorable Court for an order to produce documents at government expense. A declaration in support of this motion is filed herewith and fully incorporated hereto.

Respectfully Submitted,

Dated: July 19, 2005

Steven J. Souve
STEVEN J. SOUVE, Pro-Se

Granted: Ronald R. Lagueux
Sr. USDJ 9/7/05