Steven Souve, Pro Se
Register No. 05069-070
Federal Correctional Institution
P.O. Box 2000
Fort Dix, NJ 08640

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

**(HONORABLE RONALD R. LAGUEUX)**

05-316L

| | |
|---|---|
| STEVEN J. SOUVE, (2) | Case No. 01-107-L |
| Petitioner, | |
| v. | **MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION TO VACATE, SET-ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

COMES NOW, Steven J. Souve, Petitioner, Pro-Se, and respectfully moves this Honorable Court for an order to enlarge time within which to file motion to vacate, set-aside or correct sentence pursuant to 28 U.S.C. § 2255. This motion to enlarge is based upon statement of facts, memorandum of points and authorities, with supporting attachments.

Denied - this Court cannot toll the statute of limitations.
Ronald R. Lagueux
Sr. USDJ 9/7/05

146