Steven Souve, Pro-Se
Register No. 05069-070
Federal Correctional Institution
P.O. Box 2000
Fort Dix, NJ 08640

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

**(HONORABLE RONALD R. LAGUEUX)**

| | |
|---|---|
| STEVEN J. SOUVE, (2)<br>Petitioner,<br>v.<br>UNITED STATES OF AMERICA,<br>Respondent. | Case No. 01-107-L 05-316 L<br><br>**MOTION TO PROCEED IN FORMA PAUPERIS AND INCORPORATED SUPPORTING DECLARATION** |

COMES NOW, Steven J. Souve, Petitioner, Pro-Se, and respectfully moves this Honorable Court for an order granting leave to proceed in forma pauperis in 28 U.S.C. § 2255 post-conviction proceedings. A declaration in support of this motion is filed herewith and fully incorporated hereto.

Respectfully Submitted,

Dated: July 19, 2005

STEVEN J. SOUVE, Pro-Se

Granted: Ronald R. Lagueux
Sr. USDJ 9/7/05