Steven Souve, Pro-Se
Register No. 05069-070
Federal Correctional Institution
P.O. Box 2000
Fort Dix, NJ 08640

FILED
SEP 16 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

**(HONORABLE RONALD R. LAGUEUX)**

| | |
|---|---|
| STEVEN J. SOUVE,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 05-0316L<br><br>**MOTION FOR ENLARGEMENT OF TIME TO FILE TRAVERSE TO THE GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY** |

COMES NOW, Steven Souve, Petitioner, and respectfully moves this Honorable Court pursuant to Rule 5(d) of the Rules Governing Section 2255 Proceedings, and Rule 6(b) of the Federal Rules of Civil Procedure, to enlarge the time for 60 days to file a traverse to the government's answer. The Petitioner has not received any documents ordered by this Court to be produced by the government, and these documents are needed to adequately respond to the government's opposition. A declaration in support of this motion is filed herewith and fully incorporated hereto.

Respectfully Submitted,

Dated: September 13, 2005

[signature]
STEVEN J. SOUVE, PRO-SE

Granted: Ronald R. Lagueux
Sr. USDJ 9/21/05