Steven Souve, Pro-Se
Register No. 05069-070
Federal Correctional Institution
P.O. Box 2000
Fort Dix, NJ 08640

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

**(HONORABLE RONALD R. LAGUEUX)**

| | |
|---|---|
| STEVEN SOUVE, | )Case No. 05-0316L |
| Petitioner, | ) **PETITION FOR WRIT OF MANDAMUS PURSUANT TO 28 U.S.C. § 1361 TO COMPEL THE RESPONDENT TO COMPLY WITH THIS COURT'S ORDER GRANTING MOTION FOR PRODUCTION OF DOCUMENTS AT GOVERNMENT'S EXPENSE** |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

COMES NOW, Steven Souve, Petitioner, Pro-Se, and respectfully moves this Honorable Court pursuant to Rule 6(b) of the Rules Governing Section 2255 Proceedings, and 28 U.S.C. § 1361, to issue an order to compel the respondent to comply with this Court's order dated September 7, 2005, granting the Petitioner's motion for production of documents at government's expense. The Petitioner has not received **one document** pursuant to the order, and is unable to file his traverse because of the non-compliance. A declaration in support of this motion is filed herewith and fully incorporated hereto.

Respectfully Submitted,

Dated: November 8, 2005

STEVEN SOUVE, PRO-SE

**DECLARATION OF STEVEN SOUVE**

1. On July 12, 2005, I filed a timely motion to vacate, set-aside, or correct sentence pursuant to 28 U.S.C. § 2255.

2. On September 9, 2005, this Honorable Court granted my motion to proceed in forma pauperis and motion for production of documents at government's expense. The respondent has not complied with this Court's order. I am unable to file my traverse to the government's answer without compliance with the order. To date, I have not received **one document** from either my former counsel, Mr. John F. Cicilline or from the government.

I so declare this 8th day of November, 2005.

Respectfully Submitted,

STEVEN SOUVE, PRO-SE

Executed on the 8th day of November, 2005 under the penalty of perjury at the Federal Correctional Institution in Fort Dix, New Jersey.

STEVEN SOUVE, PRO-SE

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STEVEN SOUVE,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 05-0316L<br><br>**ORDER GRANTING PETITIONER'S MOTION TO COMPEL RESPONDENT TO COMPLY WITH COURT ORDER FOR PRODUCTION OF DOCUMENTS AT GOVERNMENT EXPENSE** |

This matter having come before the Court on the Petitioner's motion to compel the respondent to comply with the Court's order dated September 7, 2005, granting the Petitioner's motion for production of documents at government's expense, and for good cause appearing, the Court orders as follows:

IT IS HEREBY ORDERED that the above respondent shall comply with this Court's order dated September 7, 2005, granting the Petitioner's motion for production of documents at government expense; and

IT IS FURTHER ORDERED that the respondent shall produce the documents sought by the Petitioner in the September 7, 2005, order within 10 days of the filing of this order.

IT IS SO ORDERED

Done this ____ day of _____________, 2005

_______________________________
HONORABLE RONALD R. LAGUEUX
Senior United States District Judge

CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury that a true and correct copy of the foregoing was mailed to the below named individual:

Gerard B. Sullivan
Assistant United States Attorney
United States Attorney's Office
District of Rhode Island
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Dated: November 8, 2005

STEVEN SOUVE, PRO-SE