Steven Souve, Pro-Se
Register No. 05069-070
Federal Correctional Institution
P.O. Box 2000
Fort Dix, NJ 08640

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

**(HONORABLE RONALD R. LAGUEUX)**

| | |
|---|---|
| STEVEN SOUVE,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 05-0316L<br><br>**MOTION FOR ENLARGEMENT OF TIME TO FILE TRAVERSE TO THE GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION TO VACATE, SET-ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 BY A PERSON IN FEDERAL CUSTODY** |

COMES NOW, Steven Souve, Petitioner, and respectfully moves this Honorable Court pursuant to Rule 5(d) of the Rules Governing Section 2255 Proceedings, and Rule 6(b) of the Federal Rules of Civil Procedure, to enlarge the time for 60 days to file a traverse to the government's answer. The Petitioner has not received any documents ordered by this Court to be produced by the government, and these documents are needed to adequately respond to the government's opposition. A declaration in support of this motion is filed herewith and fully incorporated hereto.

Respectfully Submitted,

Dated: November 8, 2005

STEVEN SOUVE, PRO-SE

## DECLARATION OF STEVEN SOUVE

I, Steven Souve, under the penalty of perjury, declare as follows:

1. On March 28, 2005, I sent a letter to my former counsel, Mr. John F. Cicilline, requesting various documents in order to adequately prepare my motion to vacate pursuant to 28 U.S.C. § 2255. Mr. Cicilline did not respond to my request.

2. On July 12, 2005, the statute of limitations period had ran, and I was forced to file my motion to vacate pursuant to § 2255 without any documents to refer. My motion was timely filed. In the motion, I raised seven grounds for relief, but was unable to set forth factual statements because I could not recall every proceeding and testimony to mind after a nine-day jury trial. I still have not been provided with the documents needed, -and ordered by this Court to be produced- to prepare my traverse to the government's answer.

3. On September 7, 2005, this Court granted my motion for production of documents at government's expense. To date, I have not received any documents pursuant to this Court's order. I would be able to adequately respond to the government's opposition if the government would comply with this Court's order. See United States v. Thomas, 221 F.3d 430 (3rd Cir. 2000).

4. Because the government has not complied with this Court's order, and I am at an extreme disadvantage for failure of the government to comply with the order; this case warrants an extension of time to file a traverse to the government's opposition. I cannot adequately respond to the government's

opposition until the government complies with this Court's September 7, 2005 order. I respectfully request a minimum of 60 days in order to file my traverse. The interest of justice, and the fundamental fairness of these proceedings, warrant a granting of this motion.

5. If this Court declines to grant an extension, I respectfully request an evidentiary hearing on the undisputed fact that neither Mr. Cicilline nor the government provided me with ant documents to prepare my pleadings despite my request. An evidentiary hearing on this matter, at the very least, is warranted. See United States v. Battles, 362 F.3d 1195 (9th Cir. 2004).

I so declare this 8th day of November, 2005.

Respectfully Submitted,

STEVEN SOUVE, PRO-SE

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STEVEN SOUVE,<br>Petitioner,<br>v.<br>UNITED STATES OF AMERICA,<br>Respondent. | Case No. 05-0316L<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR ENLARGEMENT OF TIME TO FILE TRAVERSE** |

This matter having come before the Court on the Petitioner's motion for enlargement of time to file traverse to the government's answer to motion to vacate, set-aside, or correct sentence pursuant to 28 U.S.C. § 2255, and for good cause appearing, the Court order as follows:

IT IS HEREBY ORDERED that the Petitioner's motion for enlargement of time is GRANTED; and

IT IS FURTHER ORDERED that the Petitioner shall file a traverse in this case within 60 days from the filing date of this order.

IT IS SO ORDERED

Done this ____ day of ____________________, 2005

HONORABLE RONALD R. LAGUEUX
Senior United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury that a true and correct copy of the foregoing was mailed to the below named individual:

Gerard B. Sullivan
Assistant United States Attorney
United States Attorney's Office
District of Rhode Island
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Dated: November 8, 2005

STEVEN SOUVE, PRO-SE