IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEVEN J. SOUVE | ) | |
| | ) | |
| v. | ) | CA. No.05-0316L |
| | ) | |
| UNITED STATES OF AMERCIA | ) | |

**GOVERNMENT'S OBJECTION TO DEFENDANT'S PETITION FOR WRIT OF MANDAMUS PURSUANT TO 28 U.S.C. § 1361 TO COMPEL THE RESPONDENT TO COMPLY WITH THIS COURT'S ORDER GRANTING MOTION FOR PRODUCTION OF DOCUMENTS AT GOVERNMENT'S EXPENSE**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Gerard B. Sullivan, Assistant U.S. Attorney, and hereby objects to Defendant's Petition for Writ of Mandamus Pursuant to 28 U.S.C. § 1361 to Compel the Respondent to Comply with This Court's Order Granting Motion for Production of Documents at Government's Expense for the reasons stated in the attached Memorandum of Law.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November 2005, I served a copy of the within Government's Objection to Defendant's Petition For Writ of Mandamus Pursuant to 28 U.S.C. § 1361 To Compel The Respondent To Comply With This Court's Order Granting Motion For Production Of Documents At Government's Expense, by mailing same, postage prepaid, to:

Steven J. Souve, Pro Se
Register No. 05069-070
Federal Correctional Institution
P.O. Box 2000
Fort Dix, New Jersey 08640

[signature]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEVEN J. SOUVE | ) | |
| | ) | |
| v. | ) | CA. No.05-0316L |
| | ) | |
| UNITED STATES OF AMERCIA | ) | |

**GOVERNMENT'S MEMORANDUM OF LAW IN SUPPORT OF ITS OBJECTION TO DEFENDANT'S PETITION FOR WRIT OF MANDAMUS PURSUANT TO 28 U.S.C. § 1361 TO COMPEL THE RESPONDENT TO COMPLY WITH THIS COURT'S ORDER GRANTING MOTION FOR PRODUCTION OF DOCUMENTS AT GOVERNMENT'S EXPENSE**

On July 12, 2005, the Defendant STEVEN J. SOUVE ("Souve"), late filed a motion pursuant to § 2255. The government has objected pointing out that Souve is procedurally defaulted and that, even if not time-barred, his many claims are unsupported by the facts or the law.

Souve followed his original filing with a Motion for Enlargement of Time, a Motion for Production of Documents at Government's Expense, and a Motion to Proceed in Forma Pauperis. The Court denied the Motion for Enlargement of Time because it is without jurisdiction to toll the statute of limitations. The Court granted the Forma Pauperis and the Motion for Production of Documents at Government's Expense.

Souve's Motion for Production of Documents merely asked that the United States be required to produce, as yet unidentified documents, at government expense. The Court simply endorsed Souve's motion as granted (copy attached as Exhibit 1). It does

not appear that at any time prior to the granting of the motion nor at any time since the granting of the motion has Souve identified any specific documents that he wishes the government to produce.

The United States stands ready to produce, at government expense, any legally discoverable document that Souve requests. Souve need only specifically identify the documents that he seeks and they will be provided so long as the documents requested are legally discoverable. The government maintains all of its privileges and the right to object to any specific request made by Souve that is legally inappropriate.

The United States requests that Souve's Motion for Writ of Mandamus, which is really a motion to compel discovery, be denied as premature. Alternatively, or additionally, the government requests that the Court deny Souve's § 2255 motion as untimely filed and procedurally defaulted which would moot this issue and obviate the need for any further discovery.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Gerard B. Sullivan

GERARD B. SULLIVAN
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2005, I served a copy of the within Government's Objection to Defendant's Petition for Writ of Mandamus Pursuant to 28 U.S.C. § 1361 to Compel the Respondent to Comply With This Court's Order Granting Motion for Production of Documents at Government's Expense, by mailing same, postage prepaid to:

Steven J. Souve, Pro Se
Register No. 05069-070
Federal Correction Institution
P.O. Box 2000
Fort Dix, New Jersey 08640

K Anderson

Steven Souve, Pro Se
Register No. 05069-070
Federal Correctional Institution
P.O. Box 2000
Fort Dix, NJ 08640

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

**(HONORABLE RONALD R. LAGUEUX)**

05-316L

| | |
|---|---|
| STEVEN J. SOUVE, (2)<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 01-107-L<br><br>**MOTION FOR PRODUCTION OF DOCUMENTS AT GOVERNMENT'S EXPENSE** |

COMES NOW, Steven J. Souve, Petitioner, Pro-Se, and respectfully moves this Honorable Court for an order to produce documents at government expense. A declaration in support of this motion is filed herewith and fully incorporated hereto.

Respectfully Submitted,

Dated: July 19, 2005

Steven J. Souve
STEVEN J. SOUVE, Pro-Se

Granted: Ronald R. Lagueux
Sr. USDJ 9/7/05

7