Steven Souve, Pro Se
Register No. 05069-070
Federal Correctional Institution
P.O. Box 2000
Fort Dix, NJ 08640

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

**(HONORABLE RONALD R. LAGUEUX)**

05-316L

| | |
|---|---|
| STEVEN J. SOUVE, (2)<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 01-107-L<br><br>**MOTION FOR PRODUCTION OF DOCUMENTS AT GOVERNMENT'S EXPENSE** |

COMES NOW, Steven J. Souve, Petitioner, Pro-Se, and respectfully moves this Honorable Court for an order to produce documents at government expense. A declaration in support of this motion is filed herewith and fully incorporated hereto.

Respectfully Submitted,

Dated: July 19, 2005

[signature]
STEVEN J. SOUVE, Pro-Se

Granted: Ronald R. Lagueux
Sr. USDJ 9/7/05

7