FILED
NOV 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Steven Souve, Pro-Se
Register No. 05069-070
Federal Correctional Institution
P.O. Box 2000
Fort Dix, NJ 08640

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

**(HONORABLE RONALD R. LAGUEUX)**

| | |
|---|---|
| STEVEN SOUVE, Petitioner, v. UNITED STATES OF AMERICA, Respondent. | Case No. 05-0316L **PETITION FOR WRIT OF MANDAMUS PURSUANT TO 28 U.S.C. § 1361 TO COMPEL THE RESPONDENT TO COMPLY WITH THIS COURT'S ORDER GRANTING MOTION FOR PRODUCTION OF DOCUMENTS AT GOVERNMENT'S EXPENSE** |

COMES NOW, Steven Souve, Petitioner, Pro-Se, and respectfully moves this Honorable Court pursuant to Rule 6(b) of the Rules Governing Section 2255 Proceedings, and 28 U.S.C. § 1361, to issue an order to compel the respondent to comply with this Court's order dated September 7, 2005, granting the Petitioner's motion for production of documents at government's expense. The Petitioner has not received **one document** pursuant to the order, and is unable to file his traverse because of the non-compliance. A declaration in support of this motion is filed herewith and fully incorporated hereto.

Denied as premature — Petitioner must designate which documents he wants produced.
Ronald R. Lagueux, Sr USDJ 11/29/05

Respectfully Submitted,

Dated: November 8, 2005

STEVEN SOUVE, PRO-SE