UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEVEN J. SOUVE | ) | |
| | ) | |
| v. | ) | C.A. No. 05-031L |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

MEMORANDUM AND ORDER

It is now abundantly clear from Petitioner's filings that the documents that he wants to have the Government deliver to him at its expense are the following: (1) the Indictment (2) the Presentence Investigation Report, (3) all the Trial Transcripts, (4) the Transcript of the Sentencing Hearing, and (5) the District Court's Docket Sheet.

These are all part of the file of this case maintained in the Clerk's Office. Also these documents constituted the major portion of the Record on Appeal which was sent to the First Circuit when Petitioner's retained trial and appellate counsel prosecuted his appeal from the jury conviction and sentence imposed by this Court.

After the Court of Appeals affirmed Petitioner's conviction and sentence, see U.S. v. Balthazard and Souve, 360 F.3d 309 (1st Cir. 2004), the Record was returned to this Court.

The Government has no obligation to provide Petitioner with these file records in a Section 2255 case. If Petitioner's former counsel cannot or will not supply him with these

documents, then Petitioner can apply to the Clerk of this Court to have copies sent to him and pay the reasonable costs of copying. If Petitioner cannot afford to pay the costs of copying, then he can apply to the Court to proceed in forma pauperis and file his financial affidavit in support thereof.

Therefore, this Court rules that the Government is not required to produce the listed documents to Petitioner. Petitioner, if he wants these papers and documents, can follow the procedures outlined by the Court.

The Court hereby orders that Petitioner will have until June 23, 2006, to file a reply to the Government's Objection to his Section 2255 Motion.

It is so ordered.

Ronald R. Lagueux
Senior Judge
March 22, 2006