*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF RHODE ISLAND*

# JUDGMENT IN A CIVIL CASE

**Steven J. Souve**

**v.** **CA NO. 05-316L**

**USA**

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X ] Decision by the Court. this action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**JUDGMENT IS HEREBY ENTERED for the Defendant USA against the plaintiff Steven J. Souve pursuant to a Memorandum and Order entered September 27, 2006 denying the plaintiff's motion under 28 U.S.C.§ 2255.**

Deputy Clerk
September 27, 2006